**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, New Jersey 08057
(856) 795-2181
By: Steven J. Bushinsky, Esquire
W. Daniel Feehan, Esquire

**RECEIVED**

JAN - 5 2021

*CHAMBERS OF*
*HONORABLE SUSAN D. WIGENTON*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; et. al/, <br><br> Plaintiffs, <br> v. <br><br> BELT PAINTING OF NEW YORK CORP, <br> Defendant. | Case No: 2:20-cv-07061-SDW-LDW <br><br> *Civil Action* <br><br> **DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs', Trustees of International Union of Painters and Allied Trades District Council 711 Health & Welfare Fund, *et. al.* ("Funds"), Motion for Default Judgment, it is on this 7th day of January 7 2021;

**ORDERED and ADJUDGED** that Defendant Belt Painting of New York Corp. is enjoined from violating the terms of the parties' Agreement as to Plaintiff Funds;

**IT IS FURTHER ORDERED** that Defendant Belt Painting of New York Corp. provide a surety bond or cash bond equivalent in the amount of $50,000.00 with Plaintiffs as obligees;

**IT IS FURTHER ORDERED and ADJUDGED** that if Defendant Belt Painting of New York Corp. fails to provide a surety bond or cash bond equivalent in the amount of $50,000.00 within fourteen (14) days of the date of this Order, judgment is entered in favor of Plaintiffs in the amount of $50,000.00;

**IT IS FURTHER ORDERED and ADJUDGED** that Defendant Belt Painting of New York Corp. specifically perform all obligations to Plaintiffs Funds under the parties' Agreement;

**IT IS FURTHER ORDERED and ADJUDGED** that Plaintiffs recover of Defendant Belt Painting of New York Corp. the sum of **$1,209.75** in attorneys' fees and costs, as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
Susan D. Wigenton, U.S.D.J.